

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00077-CV

**THE CITY OF SAN ANTONIO**,
Appellant

v.

Suzanne L. **SMITH** and Claudia Acevedo,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI19949 2018CI22682
Honorable Larry Noll, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order denying the City of San Antonio's plea to the jurisdiction is REVERSED and judgment is RENDERED dismissing this lawsuit for lack of jurisdiction. Costs of appeal are assessed against the party that incurred them.

SIGNED November 25, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice